UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO FRIAS,<br><br>Petitioner,<br><br>v.<br><br>SCOTT A. FRAUENHEIM,<br><br>Respondent. | Case No. 20-cv-08507-VC   (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Gregorio Frias, a state inmate, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C § 2254 challenging a judgment from the Monterey County superior court. In an order filed on January 14, 2021, the court explained that, because the petition indicated that Frias did not file a direct appeal or any state habeas petitions, the claims in his petition were unexhausted. The court explained that claims presented to a federal habeas court must first be exhausted in the state courts. *See* 28 U.S.C. § 2254(b), (c); *Rose v. Lundy*, 455 U.S. 509, 515-16 (1982). The court also explained that Frias could file a motion under *Rhines v. Weber*, 544 U.S. 269 (2005) and *Mena v. Long*, 813 F.3d 907 (9th Cir. 2016), to have his petition stayed in federal court while he exhausted his claims in state court. The court allowed Frias 28 days in which to file such a motion or his petition would be dismissed without prejudice to refiling when he exhausted his federal claims.

More than 28 days have passed, and Frias has not filed a motion to stay his petition nor has he otherwise communicated with the court. Therefore, the petition is dismissed without prejudice. The clerk of the court shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 2, 2021

VINCE CHHABRIA
United States District Judge